AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

VIKKIE F. CORRARO

V.

MOODY INTERNATIONAL d/b/a INTERTEK

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **11 CV - 45 5 CVE PJC**

TO: (Name and address of Defendant)  INTERTEK TESTING SERVICES
c/o THE CORPORATION COMPANY
1833 So. MORGAN RD
OKLAHOMA CITY, OK 73128

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JEFF NIX
406 So. BOULDER, STE 400
TULSA, OK 74103

an answer to the complaint which is served on you with this summons, within __21__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Phil Lombardi, Clerk

JUL 21 2011

DATE

S. Cox