IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VICKIE R. CORRARO | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 11-CV-0455-CVE-PJC |
| | ) | |
| MOODY INTERNATIONAL | ) | |
| a/k/a Intertek | ) | |
| | ) | |
| Defendant | ) | |

**AFFIDAVIT OF PROOF OF SERVICE**

STATE OF OKLAHOMA   )
TULSA COUNTY         )   ss

1. I, Terry A. Simonson, am Substitute Counsel for the Plaintiff in this matter.

2. On or about August 18, 2011 previous Counsel, Jeff Nix, sent by Certified Mail a copy of the Complaint and Summons in this matter to The Corporation Company which is, according to the records of the Oklahoma Secretary of State, the registered agent in the State of Oklahoma for Moody International, a/k/a Intertek.

3. Mr. Nix failed to file with this Court the green card proof of this service that was complete on August 19, 2011. Mr. Nix has been unable to locate the green card.

4. Attached as Exhibit "A" and "B" is the Service of Process Transmittal and the FedEx Detail of Delivery provided by The Corporation Company which shows the following:

   a. That The Corporation Company received the Summons and Complaint served by Certified Mail upon them on August 19, 2011.

      b. That the pleadings and summons were sent to Richard T John, General Counsel for the Defendant by Fed Ex Standard Overnight Delivery on August 22, 2011 and was received by the Defendant August 23, 2011.

                                                   Terry A. Simonson   #13529
                                                   Attorney for Plaintiff
                                                   7926 South Hudson Ave.
                                                   Tulsa, Oklahoma   74136
                                                   918.724.3005

Subscribed and sworn before me this 23 day of November, 2011.

                                                 Pamela Grimes
                                                 Notary Public

My commission expires:

[Notary Seal: Notary Public Oklahoma, OFFICIAL SEAL, PAMELA GRIMES, Rogers County, 01015238 Exp. 9-30-13]

 **CT Corporation**

**Service of Process Transmittal**
08/19/2011
CT Log Number 519020674

**TO:** Richard T John, General Counsel
Intertek Testing Services NA Inc.
3933 US Route 11
Cortland, NY 13045

**RE:** **Process Served in Oklahoma**

**FOR:** INTERTEK TESTING SERVICES NA INC. (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Vickie F. Corraro, Pltf. vs. Moody International, a/k/a Intertek, Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Northern District of Oklahoma - U.S. District Court, OK Case # 11CV455CVEPJC |
| **NATURE OF ACTION:** | Employee Litigation - Harassment - Sexual harassment while under the employ of Defendant - In April, 2011 Plaintiff resigned under conditions which would clothe her with the status of "Constructive Discharge" |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Oklahoma City, OK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/19/2011 postmarked: "Illegible" |
| **JURISDICTION SERVED:** | Oklahoma |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Jeff Nix<br>406 South Boulder<br>Suite 400<br>Tulsa, OK 74103<br>918-587-3193 |
| **REMARKS:** | Summons commands service on Intertek Testing Services. Even though documents are addressed to Intertek Testing Services, the Secretary of State of Oklahoma indicates that the only corporation registered beginning with the name Intertek Testing Services is Intertek Testing Services, NA, Inc.. Service taken for Intertek Testing Services, NA, Inc. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Standard Overnight, 797434844160 |
| **SIGNED:** | The Corporation Company |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 1833 South Morgan Road<br>Oklahoma City, OK 73128 |
| **TELEPHONE:** | 800-592-9023 |

Page 1 of 1 / PD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

"A"



http://www.fedex.com/Tracking               "B"                    11/22/2011